

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00829-CV

**WESTERN RIM PROPERTY SERVICES, INC.,**
Appellant

v.

Paula **BAZAN-GARCIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014-CV-01064
Honorable Walden Shelton, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs are assessed against the party who incurred them.

SIGNED April 15, 2015.

_____
Rebeca C. Martinez, Justice